# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

RECEIVED

2005 DEC 30 P 2: 50

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| | ) | CR. NO. 2:05CR311-W |
| | ) | (18 U.S.C. 641) |
| ALEXANDRIN POPE | ) | |
| | ) | |
| | ) | **INFORMATION** |
| | ) | |

The United States Attorney charges:

## COUNT

On or about the 30th day of October 2005, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, **ALEXANDRIN POPE** did steal merchandise of a value of less than one thousand dollars ($1,000.00), the property of the United States, in violation of Title 18, Section 641, United States Code.

LEURA CANARY
United States Attorney

KENT BRUNSON
Assistant United States Attorney

NEAL B. FRAZIER
Special Assistant United States Attorney
HQ AU/JA
50 LeMay Plaza South
Maxwell AFB, AL  36112-6334
Telephone: 334-953-2786/2789
Fax:  334-953-2787

STATE OF AMERICA                    )
                                    )        **AFFIDAVIT**
COUNTY OF MONTGOMERY                 )
                                    )

The undersigned, being first duly sworn, deposes and says:

I, ROBERT G. SMITH, am employed by the Army Air Force Exchange (AAFES) at Maxwell Air Force Base as a store detective. On or about 30 October 2005, via closed circuit video monitors, I observed ALEXANDRIN POPE take a Fossil wallet from a display, remove the pen from within it, and replace the wallet on the display. POPE then placed the pen in her purse. POPE subsequently picked up a scarf and carried it around the store. POPE went to the candy aisle, selected a Ritter Sport candy bar, opened it, ate part of it, and placed the remainder in the photo center box. POPE went to the cosmetics area, picked up a sealed tube of lipstick stripped the cellophane wrapper off of it and left with it. POPE proceeded to leave the store without paying for anything. I detained POPE in the parking lot. She dropped the lipstick on the pavement. I escorted her to the security office. Security Forces responded. POPE was searched and the scarf ($6.99), the pen ($32.00) were found. The lipstick had a value of $7.39 and the candy bar had a value of $1.59. The total value of all the items she took, but did not pay for, was $47.97.


_____
ROBERT G. SMITH

Subscribed and sworn to before me this _13th_ day of December, 2005.


_____
AUDREY F. GRIFFIN
Notary Public
State of Alabama

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: July 19, 2009
BONDED THRU NOTARY PUBLIC UNDERWRITERS