IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  2:05-CR-311-SRW |
| | ) | |
| ALEXANDRIN POPE | ) | |

**ORDER**

Upon consideration of the Motion for Leave to Dismiss Information as to Alexandrin Pope heretofore filed in the above styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same hereby granted.  It is, therefore, CONSIDERED, ORDERED, ADJUDGED AND DECREED by the Court that said motion be and the same is hereby granted.

Done this ____ day of  March, 2006.

_____
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

**DISMISSAL OF INFORMATON**

Comes now the United States of America with leave of the Court first had and obtained and dismisses the Information heretofore filed in the above styled cause as to Alexandrin Pope.

Respectfully submitted,

/s/ Kent B. Brunson
KENT B. BRUNSON
One Court Street
Montgomery, AL  36104
Phone:  (334) 223-7280
FAX: (334) 223-7135
**kent.brunson@usdoj.gov**